UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABORERS PENSION TRUST FUND -
DETROIT AND VICINITY, et al

        Plaintiff(s),

vs.

Case No. 08-10098

HON. GEORGE CARAM STEEH

WICHER GROUP, INC.,

        Defendant(s).
_____/

## ORDER OF ADMINISTRATIVE CLOSING

On November 3, 2008 a telephonic status conference was held and an oral agreement was made to hold this matter in abeyance pending a decision by the U.S. Court of Appeals for the Sixth Circuit in the case of Laborers Pension Trust Fund v. Rocwall Company, 6USCA Case #08-1574, USDC #07-12174 (J. Feikens).

For administrative purposes, this case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs.

    SO ORDERED.

Dated: November 3, 2008

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 3, 2008, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk